DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

IRMA CRISTAL PERDOMO,

Appellant,

v.

WILMINGTON SAVINGS FUND SOCIETY, FSB,
as trustee of Stanwich Mortgage Loan Trust F,

Appellee.

No. 2D2025-2386

_____

May 1, 2026

Appeal from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

Irma Cristal Perdomo, pro se.

Eric M. Levine of Atlas | Solomon, LLP, Stuart, for Appellee.


PER CURIAM.

     Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.